# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO SUAREZ; DANIEL R. BINDERUP; DANIEL F. MILLER; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION,** :<br><br>**Plaintiffs** :<br><br>v. :<br><br>**COL. ROBERT EVANCHICK, Commissioner of Pennsylvania State Police,** :<br><br>**Defendant** : | **CIVIL ACTION NO. 1:21-CV-710**<br><br>(Judge Conner) |

## ORDER

AND NOW, this 22nd day of April, 2021, upon consideration of plaintiffs' motion (Doc. 8) for summary judgment, which was filed contemporaneously with plaintiffs' complaint on April 16, 2021, and the court noting that service has not yet been effected and discovery has not yet commenced, and thus finding a Rule 56 motion to be premature at this early stage, it is hereby ORDERED that plaintiffs' motion (Doc. 8) for summary judgment is DENIED as premature and without prejudice to the refiling thereof after service and a period of discovery.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania