IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC.** *and* **SECOND AMENDMENT FOUNDATION,** | : : : : : : | No. 1:21-CV-0710 |
| Plaintiffs | : : | Judge Conner |
| v. | : : | **Electronically Filed Document** *Complaint Filed 04/16/21* |
| **ROBERT EVANCHICK,** | : : | |
| Defendant | : | |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant Robert Evanchick hereby moves to dismiss the Complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

A brief in support of this motion will be filed in accordance with Middle District Local Rule 7.5.

                            **Respectfully submitted,**

                            **JOSH SHAPIRO**
                            **Attorney General**

                        **By:**  *s/ Alexander T. Korn*
                            **ALEXANDER T. KORN**

**Office of Attorney General**        **Deputy Attorney General**
**15th Floor, Strawberry Square**    **Attorney ID 323957**
**Harrisburg, PA 17120**
**Phone: (717) 712-2037**           **KAREN M. ROMANO**
                                      **Chief Deputy Attorney General**
[akorn@attorneygeneral.gov](mailto:akorn@attorneygeneral.gov)       **Civil Litigation Section**

**Date:  June 17, 2021**              **Counsel for Defendant**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC.** *and* **SECOND AMENDMENT FOUNDATION,** | : : : : : : | No. 1:21-CV-0710 |
| Plaintiffs | : : | Judge Conner |
| v. | : : | **Electronically Filed Document** *Complaint Filed 04/16/21* |
| **ROBERT EVANCHICK,** | : : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Alexander T. Korn, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on June 17, 2021, I caused to be served a true and correct copy of the foregoing document titled Defendant's Motion to Dismiss the Complaint to the following:

## VIA ELECTRONIC FILING

**Adam J. Kraut, Esquire**
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA  95814
akraut@fpclaw.org
*Counsel for Plaintiffs*

**Joshua G. Prince, Esquire**
Prince Law Office PC
646 Lenape Road
Bectelsville, PA  19505
joshua@princelaw.com
*Counsel for Plaintiffs*

  *s/ Alexander T. Korn*
**ALEXANDER T. KORN**
Deputy Attorney General