# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ;** | : | Civil Rights Complaint |
| **DANIEL R. BINDERUP;** | : | 42 U.S.C. § 1983 |
| **DANIEL F. MILLER;** | : | |
| **FIREARMS POLICY** | : | Civil Action No. 1:21-CV-710 |
| **COALITION, INC.; and,** | : | |
| **SECOND AMENDMENT** | : | |
| **FOUNDATION,** | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| **COL. ROBERT EVANCHICK,** | : | |
| Commissioner of Pennsylvania | : | |
| State Police | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 26th day of January, 2022, upon consideration of the Joint Omnibus Motion of the Parties, it is hereby **GRANTED** and **ORDERED** that:

1. Discovery shall be reopened for the limited purpose of Defendant being able to depose each Plaintiff, for not more than 30 minutes; whereby, all depositions will be conducted virtually, on the same day, by February 28, 2022.

2. Beyond the limited reopening of discovery as specified in Paragraph 1, *supra*, this case, is STAYED pending a decision by the U.S. Supreme Court in *New York State Rifle & Pistol Association, Inc., et al v. Bruen, et al.*, Docket No. 20-843.

3. Within fourteen (14) days of the U.S. Supreme Court deciding *New York State Rifle & Pistol Association, Inc.*, the Plaintiff shall file a notice of supplemental authority, informing this Court of the decision and attaching a copy of the decision.

4. Defendant's Motion to Dismiss (Doc. 13) is DENIED without prejudice to Defendant's right to refile same following the U.S. Supreme Court's decision in *New York State Rifle & Pistol Association, Inc*., together with updated briefing if the Parties determine it is necessary.

5. Thereafter, the Court will issue a ruling on Defendant's Motion to Dismiss.

6. In the event this Court denies Defendant's Motion to Dismiss, dispositive motions by the Parties shall be due within sixty (60) days.

BY THE COURT:

/s/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania