IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO SUAREZ; DANIEL R. BINDERUP; DANIEL F. MILLER; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION,** : <br><br> **Plaintiffs** : <br><br> v. : <br><br> **COL. ROBERT EVANCHICK, Commissioner of Pennsylvania State Police,** : <br><br> **Defendant** : | CIVIL ACTION NO. 1:21-CV-710 <br><br> (Judge Conner) |

## ORDER

AND NOW, this 24th day of June, 2022, upon consideration of our order (Doc. 31) dismissing defendant's motion to dismiss and staying the above-captioned action pending resolution of <u>New York State Rifle & Pistol Ass'n, Inc. v. Bruen</u>, 597 U.S. ___ (2022), and further upon consideration of the notice (Doc. 32) filed by plaintiff apprising the court of the United States Supreme Court's decision resolving <u>Bruen</u> on June 23, 2022, it is hereby ORDERED that:

1. The stay in the above-captioned action is LIFTED.

2. The parties are DIRECTED to meet and confer and, no later than **Friday, July 8, 2022**, jointly submit a proposed pretrial schedule in light of the <u>Bruen</u> decision.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
