Attorneys for Plaintiffs

Joshua Prince, Esq.
Attorney Id. No. 306521
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-9297 ext 81114
(610) 400-8439 (f)
Joshua@CivilRightsDefenseFirm.com

Adam Kraut, Esq.
Attorney Id. No. 318482
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
Akraut@fpclaw.org

Attorney for Defendant

Alexander Korn, Esq.
Deputy Attorney General
Attorney Id. No. 323957
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 712-2037
Akorn@attorneygeneral.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ;** | : | Civil Rights Complaint |
| **DANIEL R. BINDERUP;** | : | 42 U.S.C. § 1983 |
| **DANIEL F. MILLER;** | : | |
| **FIREARMS POLICY** | : | Civil Action No. 1:21-CV-710 |
| **COALITION, INC.; and,** | : | |
| **SECOND AMENDMENT** | : | |
| **FOUNDATION,** | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| **COL. ROBERT EVANCHICK,** | : | |

|   |   |
|---|---|
| Commissioner of Pennsylvania State Police | : : |
| Defendant | : |

## JOINT PROPOSED PRE-TRIAL SCHEDULE

Consistent with the Court's Order of June 24, 2022 (Doc. 33), the Parties respectfully propose the following pre-trial schedule and allowances for briefing:

1. On or by September 13, 2022, Plaintiffs shall submit their Motion for Summary Judgment, brief in support, and concise statement of material facts.

2. On or by September 13, 2022, Defendant shall submit his Motion to Dismiss or, in the alternative, Motion for Summary Judgment,[1] brief in support, and concise statement of material facts.

3. On or by October 13, 2022, Plaintiffs shall file their brief in opposition to Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment, and response to Defendant's concise statement of material facts.

4. On or by October 13, 2022, Defendant shall file his brief in opposition to Plaintiffs' Motion for Summary Judgment, and response to Plaintiffs' concise statement of material facts.

5. In the event the Parties believe it necessary, on or by October 28, 2022, the Parties may each file reply briefs in support of their respective motions.

6. The principal briefs in support and opposition of the Parties may not exceed 10,000 words, without further permission of the Court.

---

[1] Motions to dismiss or, in the alternative, to grant summary judgment strike a balance between ensuring a party's rights are fully protected for appellate review purposes and ensuring judicial and party economy. *See generally*, *Suarez v. Holder*, 255 F.Supp.3d 573 (M.D. Pa. 2015), *aff'd sub nom*. *Binderup v. Attorney Gen. United States of Am.*, 836 F.3d 336 (3d Cir. 2016).

7. The reply briefs, if any, of the Parties may not exceed 5,000 words, without further permission of the Court.

**WHEREFORE**, the Parties respectfully request that the Court approved the Parties proposed pre-trial schedule. A proposed order is attached hereto.

Respectfully Submitted,

/s/ Joshua Prince
Joshua Prince, Esq.
Civil Rights Defense Firm, P.C.
646 Lenape Rd.
Bechtelsville, PA 19505
Telephone: (888) 202-9297 ext. 81114
Fax: (610) 400-8439
Joshua@CivilRightsDefenseFirm.com

*Attorney for Plaintiffs*

/s/ Alex Korn
Alexander Korn, Esq.
Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 712-2037
Akorn@attorneygeneral.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically through the Middle District of Pennsylvania Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all registered users in this case.

                                                     **Civil Rights Defense Firm, P.C.**

Date: July 1, 2022                                       /s/ Joshua Prince
                                                                     Joshua Prince, Esq.
                                                                     Attorney Id. No. 306521
                                                                     Civil Rights Defense Firm, P.C.
                                                                     646 Lenape Rd.
                                                                     Bechtelsville, PA 19505
                                                                     888-202-9297 ext 81114
                                                                     610-400-8439 (fax)
                                                                     Joshua@Civilrightsdefensefirm.com