**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JULIO SUAREZ;** | : | Civil Rights Complaint |
| **DANIEL R. BINDERUP;** | : | 42 U.S.C. § 1983 |
| **DANIEL F. MILLER;** | : | |
| **FIREARMS POLICY** | : | Civil Action No. 1:21-CV-710 |
| **COALITION, INC.; and,** | : | |
| **SECOND AMENDMENT** | : | |
| **FOUNDATION,** | : | |
| | : | |
| Plaintiffs | : | |
| **v.** | : | |
| | : | |
| **COL. ROBERT EVANCHICK,** | : | |
| Commissioner of Pennsylvania | : | |
| State Police | : | |
| Defendant | : | |

**ORDER**

AND NOW, this __6th__ day of _____July_____, 2022, upon

consideration of the Joint Proposed Pre-Trial Schedule of the Parties, the Parties proposed

schedule and allowance of briefing is hereby **ADOPTED** and consistent therewith, it is

**ORDERED** that:

1. On or by September 13, 2022, Plaintiffs shall submit their Motion for Summary

   Judgment, brief in support, and concise statement of material facts.

2. On or by September 13, 2022, Defendant shall submit his Motion to Dismiss or, in the

   alternative, Motion for Summary Judgment, brief in support, and concise statement of

   material facts.

3. On or by October 13, 2022, Plaintiffs shall file their brief in opposition to Defendant's

   Motion to Dismiss, or in the alternative, Motion for Summary Judgment, and response to

   Defendant's concise statement of material facts.

4. On or by October 13, 2022, Defendant shall file his brief in opposition to Plaintiffs' Motion for Summary Judgment, and response to Plaintiffs' concise statement of material facts.

5. In the event the Parties believe it necessary, on or by October 28, 2022, the Parties may each file reply briefs in support of their respective motions.

6. The principal briefs in support and opposition of the Parties may not exceed 10,000 words, without further permission of the Court.

7. The reply briefs, if any, of the Parties may not exceed 5,000 words, without further permission of the Court.

BY THE COURT:

*/S/ CHRISTOPHER C. CONNER*
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania