# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ;** | **:** | Civil Rights Complaint |
| **DANIEL R. BINDERUP;** | **:** | 42 U.S.C. § 1983 |
| **DANIEL F. MILLER;** | **:** | |
| **FIREARMS POLICY** | **:** | Docket No. 1:21-cv-00710 |
| **COALITION, INC.; and,** | **:** | |
| **SECOND AMENDMENT** | **:** | |
| **FOUNDATION,** | **:** | |
| | **:** | |
| Plaintiffs | **:** | |
| **v.** | **:** | |
| | **:** | |
| **COL. ROBERT EVANCHICK,** | **:** | |
| Commissioner of Pennsylvania | **:** | |
| State Police | **:** | |
| Defendant | **:** | |

## ORDER

AND NOW, this _____ day of _____, 20___, upon

consideration of Plaintiffs' Motion for Summary Judgment and supporting

Memorandum of Law, as well as any response thereto, it is **ORDERED AND**

**DECREED** that said Motion is **GRANTED** and judgment is entered in favor of

Plaintiffs, their members and supporters, and those similarly situated individuals

who are not disqualified from exercising their Second Amendment rights. It is

hereby declared that 18 Pa.C.S. §§ 6106(a)-(b), 6107(a), 6108, 6109(e)(1)(viii),

and all of their derivative regulations, policies, enforcement practices, and actions

violate Plaintiffs', their members' and supporters', and those who are similarly

situated's, right to Keep and Bear Arms as guaranteed by the Second Amendment

to the United States Constitution. Defendant and his officers, agents, servants,

employees, all persons in concert or participation with them, and all who have

notice of the injunction are hereby enjoined from enforcing 18 Pa.C.S. §§ 6106(a)-

(b), 6107(a), 6108, 6109(e)(1)(viii) and all of their derivative regulations, policies,

enforcement practices, and actions that individually and/or collectively prevent

Plaintiffs, Plaintiffs' members and supporters, and similarly situated individuals

who are not disqualified from exercising Second Amendment rights, from carrying

or otherwise transporting loaded and unloaded, operable firearms in public on their

person and in their vehicles, for all lawful purposes including self-defense.


BY THE COURT:


_____

Christopher C. Conner
United States District Judge
Middle District of Pennsylvania