# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC. *and* SECOND AMENDMENT FOUNDATION, | : : : : No. 1:21-CV-0710 : : |
| Plaintiffs | : Judge Conner |
| v. | : Electronically Filed Document : *Complaint Filed 04/16/21* |
| ROBERT EVANCHICK, | : |
| Defendant | : |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Karen M. Romano and enter the appearance of Nicole R. DiTomo on behalf of Defendant Evanchick in the above-captioned matter.

               **Respectfully submitted,**

               **MICHELLE A. HENRY**
               **Attorney General**

           By: *s/ Nicole R. DiTomo*
             NICOLE R. DITOMO
Office of Attorney General    Senior Deputy Attorney General
1000 Madison Avenue, Suite 310 Attorney ID: 315325
Norristown, PA 19403
Phone: (610) 631-6205     *s/ Karen M. Romano*
             KAREN M. ROMANO
nditomo@attorneygeneral.gov  Chief Deputy Attorney General
kromano@attorneygeneral.gov  Civil Litigation Section
             Attorney ID: 88848

Date:  March 25, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC.** *and* **SECOND AMENDMENT FOUNDATION,** | : : : : : : | No. 1:21-CV-0710 |
| Plaintiffs | : : | Judge Conner |
| v. | : : | **Electronically Filed Document** *Complaint Filed 04/16/21* |
| **ROBERT EVANCHICK,** | : : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Karen M. Romano, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on March 25, 2024, I caused to be served a true and correct copy of the foregoing document titled Substitution of Counsel to the following:

**VIA ELECTRONIC FILING**

**Joshua G. Prince, Esquire**
**Prince Law Offices PC**
**646 Lenape Road**
**Bectelsville, PA  19505**
**joshua@princelaw.com**
*Counsel for Plaintiffs*

                                          *s/ Karen M. Romano*
                                          **KAREN M. ROMANO**
                                          Chief Deputy Attorney General