IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO SUAREZ;** | : Civil Rights Complaint |
| **DANIEL R. BINDERUP;** | : 42 U.S.C. § 1983 |
| **DANIEL F. MILLER;** | : |
| **FIREARMS POLICY** | : Docket No. 1:21-cv-00710 |
| **COALITION, INC.; and,** | : |
| **SECOND AMENDMENT** | : |
| **FOUNDATION,** | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| **COL. ROBERT EVANCHICK,** | : |
| Commissioner of Pennsylvania | : |
| State Police, | : |
| Defendant | : |

## FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify the Court of a permanent injunction issued today, April 24, 2024, by Judge William S. Stickman, IV., of the Western District of Pennsylvania in *Lara, et al. v. Commissioner Pennsylvania State Police*, 2:20-cv-1582, where he enjoined the Pennsylvania State Police from:

(1) "arresting law-abiding persons 18 to 20 years old who openly carry firearms during a state of emergency declared by the Commonwealth of Pennsylvania;"

(2) "enforcing their laws, policies, and practices that prevent Plaintiffs, and those similar situated between the ages of 18 and 20 years old, who are not disqualified from exercising their Second Amendment rights and wish to acquire a license under 18 Pa.C.S. § 6109, from applying for and being issued such a license;" and,

(3) "enforcing 18 Pa.C.S. §§ 6106 and 6107 and their related regulations, policies, enforcement practices, and actions that individually and/or collectively prevent any individual between the age of 18 and 20 years old, who are not disqualified from exercising their Second Amendment rights from carrying loaded, operable firearms, including handguns, on their person, in public and in their vehicles, for all lawful purposes including self-defense."

A copy of the Order is attached hereto.

                                                   Respectfully Submitted,

                                                   _____
                                                   Joshua Prince, Esq.
                                                   Attorney Id. No. 306521
                                                   Joshua@PrinceLaw.com

Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COL. ROBERT EVANCHICK, <br><br> *Defendant*. | Civil Action No. 2:20-cv-1582 <br><br> Hon. William S. Stickman IV |

## **ORDER OF COURT**

AND NOW, this **24** day of April 2024, pursuant to the directive of the United States Court of Appeals for the Third Circuit (ECF Nos. 49 and 50), IT IS HEREBY ORDERED that the Commissioner of the Pennsylvania State Police ("Commissioner") is hereby ENJOINED from arresting law-abiding persons 18 to 20 years old who openly carry firearms during a state of emergency declared by the Commonwealth of Pennsylvania. IT IS FURTHER ORDERED that:

1. The Commissioner and his officers, agents, servants, employees, all persons in concert or participation with them, and all who have notice of the injunction, are ENJOINED from enforcing their laws, policies, and practices that prevent Plaintiffs, and those similarly situated between the ages of 18 and 20 years old, who are not disqualified from exercising their Second Amendment rights and wish to acquire a license under 18 Pa.C.S. § 6109, from applying for and being issued such a license.

2. The Commissioner and his officers, agents, servants, employees, all persons in concert or participation with them, and all who have notice of the injunction, are ENJOINED from enforcing 18 Pa.C.S. §§ 6106 and 6107 and their related regulations, policies, enforcement practices, and actions that individually and/or collectively prevent any

individual between the ages of 18 and 20 years old, who are not disqualified from exercising their Second Amendment rights from carrying loaded, operable firearms, including handguns, on their person, in public and in their vehicles, for all lawful purposes including self-defense.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Third Notice of Supplemental Authority was filed electronically through the Middle District of Pennsylvania Electronic Filing System. Notice of these filing will be sent by operation of the Court's Electronic Filing System to all registered users in this case.

_____
Joshua Prince, Esq.