IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ; <br> DANIEL R. BINDERUP; <br> DANIEL F. MILLER; <br> FIREARMS POLICY COALITION, <br> INC.; and SECOND AMENDMENT <br> FOUNDATION, <br>           Plaintiffs <br>    v. <br> ROBERT EVANCHICK, <br>           Defendant | CIVIL ACTION NO. 1:21-CV-710 <br><br> (Judge Conner) |

## ORDER

AND NOW, this 16th day of May, 2024, it is hereby ORDERED that the above-captioned matter is STAYED pending the United States Supreme Court's disposition of <u>United States v. Rahimi</u>, No. 22-915, 143 S. Ct. 2688 (2023).

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner
                                              United States District Judge
                                              Middle District of Pennsylvania