AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Julio Suarez, Daniel Binderup, Daniel Miller, Firearms Policy Coalition, Inc., and Second Amendment Foundation,<br>　　Plaintiffs,<br>　　　　　　V.<br>Col. Christopher L. Paris,<br>*Commissioner of Pennsylvania State Police.*<br>　　Defendant. | Case No: 1:21-CV-710<br><br><br><br><br><br>Judge Christopher C. Conner |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Plaintiffs, Julio Suarez, Daniel Binderup, Daniel Miller, Firearms Policy Coalition, Inc. and Second Amendment Foundation, and against Defendant, Col. Christopher L. Paris, Commissioner of Pennsylvania State Police., with respect to plaintiffs' challenge to Section 6107 and the vehicle provision of Section 6106 of the UFA.

　　**Date:** July 25, 2024　　　　　　　　**Peter Welsh, Clerk of Court**

　　　　　　　　　　　　　　　　　　　　/s/ Mark J. Armbruster
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk