IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC. *and* SECOND AMENDMENT FOUNDATION, | : : : : : : | No. 1:21-CV-0710 |
| Plaintiffs | : : | Judge Conner |
| v. | : : | Electronically Filed Document *Complaint Filed 04/16/21* |
| ROBERT EVANCHICK, | : : | |
| Defendant | : | |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant Robert Evanchick, Commissioner of Pennsylvania State Police in his official capacity, in the above-captioned matter.

                      Respectfully submitted,

                      MICHELLE A. HENRY
                      Attorney General

            By:  *s/ Erich T. Greiner*
                    ERICH T. GREINER

**Office of Attorney General**      **Deputy Attorney General**
**15th Floor, Strawberry Square**  **Attorney ID: PA 331601**
**Harrisburg, PA 17120**
**Phone: (717) 781-6301**          NICOLE R. DITOMO
                                          **Chief Deputy Attorney General**
                                          **Civil Litigation Section**

egreiner@attorneygeneral.gov

**Date:  July 26, 2024**                *Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC.** *and* **SECOND AMENDMENT FOUNDATION,** | : : : : : : | No. 1:21-CV-0710 |
| Plaintiffs | : : | Judge Conner |
| v. | : : | **Electronically Filed Document** *Complaint Filed 04/16/21* |
| **ROBERT EVANCHICK,** | : : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Erich T. Greiner, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 26, 2024, I caused to be served a true and correct copy of the foregoing document titled *Entry of Appearance* to the following:

### VIA ELECTRONIC FILING

**Joshua G. Prince, Esquire**
**Prince Law Offices PC**
**646 Lenape Road**
**Bectelsville, PA  19505**
[joshua@princelaw.com](mailto:joshua@princelaw.com)
*Counsel for Plaintiffs*

                                          *s/ Erich T. Greiner*
                                          **ERICH T. GREINER**
                                          Deputy Attorney General