**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JULIO SUAREZ, DANIEL** | : | |
| **BINDERUP, DANIEL MILLER,** | : | |
| **FIREARMS POLICY** | : | |
| **COALITION, INC.** *and* **SECOND** | : | **No. 1:21-CV-0710** |
| **AMENDMENT FOUNDATION,** | : | |
| **Plaintiffs** | : | **Judge Conner** |
| | : | |
| **v.** | : | **Electronically Filed Document** |
| | : | *Complaint Filed 04/16/21* |
| **ROBERT EVANCHICK,** | : | |
| **Defendant** | : | |

## NOTICE OF APPEAL

Notice is given that Defendant Commissioner of Pennsylvania State Police[1]

hereby appeals to the United States Court of Appeals for the Third Circuit from the

Judgment, Order, and Memorandum entered July 24 and 25, 2024 (Docs. 61-64).

**Respectfully submitted,**

**MICHELLE A. HENRY
Attorney General**

By:     *s/ Nicole R. DiTomo*
NICOLE R. DITOMO
Chief Deputy Attorney General
Attorney ID: 315325

Office of Attorney General
1000 Madison Avenue, Suite 310
Norristown, PA 19403
Phone: (610) 631-6205
nditomo@attorneygeneral.gov          Date: July 26, 2024

---

[1] As recognized by this Court in its July 24, 2024 Memorandum, Colonel Christopher L. Paris became the Commissioner of the Pennsylvania State Police on March 9, 2023, during the pendency of this action. See Fed. R. Civ. P. 25(d).

## CERTIFICATE OF SERVICE

I, Nicole R. DiTomo, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 26, 2024, I caused to be served a true and correct copy of the foregoing document titled Notice of Appeal to the following:

**<u>VIA ELECTRONIC FILING</u>**

**Joshua G. Prince, Esquire**
**Prince Law Offices PC**
**646 Lenape Road**
**Bectelsville, PA  19505**
**joshua@princelaw.com**
*Counsel for Plaintiffs*

*s/ Nicole R. DiTomo*
**NICOLE R. DITOMO**
Chief Deputy Attorney General
