IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ; DANIEL R. BINDERUP; DANIEL F. MILLER; FIREARMS POLICY COALITION, INC.; and, SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> COL. ROBERT EVANCHICK,[1] Commissioner of Pennsylvania State Police, <br><br> Defendant | : Civil Rights Complaint <br> : 42 U.S.C. § 1983 <br> : <br> : Docket No. 1:21-cv-00710 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Julio Suarez, Daniel R. Binderup, Daniel F. Miller, Firearms Policy Coalition, Inc., and Second Amendment Foundation hereby also[2] appeal to the United States Court of Appeals for the Third Circuit from the Judgment,

---

[1] As acknowledged by this Court's July 24, 2024 Memorandum, Colonel Christopher L. Paris became the Commissioner of the Pennsylvania State Police on March 9. 2023, during the pendency of this action, and is substituted, pursuant to F.R.C.P. 25(d), for former-Commissioner Evanchick.

[2] Commissioner Paris appealed on July 26, 2024 (Doc. 66).

Order, and Memorandum entered on July 24th and 25th, 2024 (Docs. 61-64).

Date: August 2, 2024

                        Respectfully Submitted,

                        */s/ Joshua Prince*
                        Joshua Prince, Esq.
                        Attorney Id. No. 306521
                        Joshua@CivilRightsDefenseFirm.com
                        Civil Rights Defense Firm, P.C.
                        646 Lenape Road
                        Bechtelsville, PA 19505
                        888-202-9297
                        610-400-8439 (fax)
                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appeal was filed electronically through the Middle District of Pennsylvania Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all registered users in this case.

_____
Joshua Prince, Esq.