IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO SUAREZ;** **DANIEL R. BINDERUP;** **DANIEL F. MILLER;** **FIREARMS POLICY COALITION, INC.;** and, **SECOND AMENDMENT FOUNDATION,** | : Civil Rights Complaint : 42 U.S.C. § 1983 : : Docket No. 1:21-cv-00710 : : : : |
| Plaintiffs, | : : |
| v. | : : |
| **COL. ROBERT EVANCHICK,**[1] Commissioner of Pennsylvania State Police, | : : : : |
| Defendant | : |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2024, upon consideration of Plaintiffs' Unopposed Motion to Extend Deadline to File Fee Petition under Fed. R. Civ. P. 54, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. **ACCORDINGLY**, the parties shall confer and propose a briefing schedule on any fee petition within 30 days after a final decision on appeal is rendered.

---

[1] As acknowledged by this Court's July 24, 2024 Memorandum, Colonel Christopher L. Paris became the Commissioner of the Pennsylvania State Police on March 9. 2023, during the pendency of this action, and is substituted, pursuant to F.R.C.P. 25(d), for former-Commissioner Evanchick.

BY THE COURT:

_____
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania