## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ;** | : | Civil Rights Complaint |
| **DANIEL R. BINDERUP;** | : | 42 U.S.C. § 1983 |
| **DANIEL F. MILLER;** | : | |
| **FIREARMS POLICY** | : | Civil Action No. _____ |
| **COALITION, INC.; and,** | : | |
| **SECOND AMENDMENT** | : | |
| **FOUNDATION,** | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **COL. ROBERT EVANCHICK,** | : | |
| Commissioner of Pennsylvania | : | |
| State Police | : | |
| Defendant | : | |

## Exhibit List to Complaint

**Exhibit A**:   Mr. Suarez's PSP Background Check

**Exhibit B**:   Order of August 31, 2009, granting Mr. Suarez State Relief

**Exhibit C**:   PSP Letter of January 29, 2018, denying Mr. Suarez's LTCF

**Exhibit D**:   Mr. Binderup's PSP Background Check

**Exhibit E**:   Order of June 1, 2009, granting Mr. Binderup State Relief

**Exhibit F**:   PSP Letter of March 23, 2018, denying Mr. Binderup's LTCF

**Exhibit G**:     Mr. Miller's PSP Background Check

**Exhibit H**:     PSP letter of June 24, 2019, denying Mr. Miller's LTCF

# Exhibit A

*(Mr. Suarez's PSP Background Check)*

# Pennsylvania State Police

1800 Elmerton Avenue
Harrisburg, PA 17110

# Response for Criminal Record Check

**JOSHUA G PRINCE, ESQ**
**646 LENAPE ROAD**
**BECHTELSVILLE PA 19505**

**TELEPHONE: (000) 000-0000**

TO WHOM IT MAY CONCERN:

**THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:**

ACCESS AND REVIEW

**Name:** SUAREZ, JULIO
**Date of Birth:** ▮
**Social Security #:** ▮
**Sex:** M
**Race:** Unknown
**Date of Request:** 11/4/2020 12:00:00 AM
**Purpose of Request:** Access & Review

Maiden Name and/or Alias (1) _____ (2) _____
(3) _____ (4) _____

**\*\*\* HAS NO CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK BASED ON THE ABOVE IDENTIFIERS – REFER TO CONTROL # M24367534\*\*\***

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION CANNOT BE MADE WITHOUT FINGERPRINTS. THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[ ] COMPARISON MADE WITH FINGERPRINTS

THIS INFORMATION ON THIS CERTIFICATION FORM CAN BE VALIDATED BY ACCESSING THE PENNSYLVANIA ACCESS TO CRIMINAL HISTORY (PATCH) RECORD CHECK STATUS SCREEN (http://epatch.state.pa.us/PATCH/RCStatusSearch.jsp) AND SUBMITTING A STATUS CHECK REQUEST THAT CONTAINS THE FOLLOWING - SUBJECT'S NAME (*EXACTLY AS INITIALLY ENTERED*), CONTROL NUMBER AND DATE OF REQUEST. PATCH WILL FIND AND DISPLAY THE CORRESPONDING RECORD CHECK REQUEST. DETAILS ON THE REQUEST CAN BE VIEWED BY CLICKING ON THE CONTROL NUMBER. YOU WILL BE ABLE TO VERIFY IF THIS REQUEST WAS SENT OUT AS A NO RECORD OR RECORD RESPONSE BY THE PENNSYLVANIA STATE POLICE.

QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PSP HELP DESK AT TELEPHONE NUMBER 1-877-777-3375 FOR INSTATE CALLS OR 1-717-506-3262 OUT OF STATE CALLS.

**CERTIFIED BY:**

DISSEMINATED BY:691820
11/04/2020

**Lt. Earl H. Rhoades**
Director, Criminal Records and Identification Division
Pennsylvania State Police

# Exhibit B

*(Order of August 31, 2009, granting Mr. Suarez State Relief)*

1   IN THE COURT OF COMMON PLEAS OF ADAMS COUNTY, PENNSYLVANIA

2                                   Criminal

3   Commonwealth                              CP-01-MD-615-2009

4        vs.

5   Julio Suarez

6                              **ORDER OF COURT**

7            AND NOW this 31st day of August, 2009, the

8   Defendant's Petition For Removal of Disqualification From

9   Owning Or Possessing Firearms pursuant to the provisions of

10  18 Pa.C.S.A. Section 6105 (d) (3) (ii) filed May 6, 2009, was

11  presented for hearing.  The Commonwealth has reviewed the

12  petition and is satisfied that the Defendant is no longer

13  disqualified pursuant to the statute.  Accordingly, it is

14  directed that Julio Suarez shall no longer be considered

15  ineligible or disqualified from owning or possessing a

16  firearm in the Commonwealth of Pennsylvania as a result of a

17  1990 conviction for a handgun violation in Montgomery County,

18  Maryland.

19            A copy of this order shall be provided to the

20  Sheriff of Adams County.

21                                   **BY THE COURT,**

22

23

24                                   John D. Kuhn
                                     **President Judge**

25

     **Shawn C. Wagner, Esq.**

     **Jeffery Cook, Esq.**

                                   1

                      *Alicia K. Wooters, RPR*
                      *Official Court Reporter*

Filed Clerk of Courts 09 Sep., 2009 14:05 Copy DA, PD, PD-InOff ACP, SHF

# Exhibit C

*(PSP Letter of January 29, 2018, denying Mr. Suarez's LTCF)*



**PENNSYLVANIA STATE POLICE**
DEPARTMENT HEADQUARTERS
1800 ELMERTON AVENUE
HARRISBURG, PENNSYLVANIA 17110

January 29, 2018

File Number: 17C0018840

JULIO SUAREZ

Dear: JULIO SUAREZ

This letter is in response to your Pennsylvania Instant Check System (PICS) Challenge, Form SP 4-197, which was received by this office on 11/30/2017.

Please be advised that we have reviewed all records and documentation regarding your PICS denial and challenge for the license to carry a firearm, and the decision to deny your challenge has been upheld. This information is confidential and to be used only if you decide to continue with the challenge process.

Please be advised that the basis for your denial can be found under the Pennsylvania Uniform Firearms Act, 18 Pa C.S. § 6109.

Your 1990 conviction for HANDGUN ON PERSON: CARRY/WEAR is prohibiting. This offense is outlined in 18 Pa C.S. § 6109(e) as prohibiting for a license to carry.

**Questions about the PICS Challenge Process may be directed to the following PICS Legal Assistant: RONALD WILKINS at (717)705-4542 or (717) 705-4541/(717) 214-8289 or by writing to the above address ATTN: RONALD WILKINS PICS Challenge Section.**

You may appeal this decision to the Office of Attorney General, Regulatory Compliance & Intelligence Section, at 610-631-6592 in accordance with the provisions of the Uniform Firearms Act within 30 days of the date of this letter.

Sincerely,

LT.   *M L J Shaver*

Lieutenant Mark J. Shaver
Director, Firearms Division

# Exhibit D
*(Mr. Binderup's PSP Background Check)*

# PENNSYLVANIA STATE POLICE

1800 Elmerton Avenue
Harrisburg, PA 17110

Control #
**M22959025**

## REQUEST FOR CRIMINAL RECORD CHECK

*ACCESS AND REVIEW*

**JOSHUA G PRINCE, ESQ**
**646 LENAPE ROAD**
**BECHTELSVILLE PA 19505**

**TELEPHONE: (000) 000-0000**

**TO WHOM IT MAY CONCERN:**
**THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:**

**Name:** BINDERUP, DANIEL R
**Date of Birth:** ▮▮▮▮
**Social Security #:** ▮▮▮▮
**Sex:** M
**Race:** Unknown
**Date of Request:** 1/16/2020 12:00:00 AM
**Purpose of Request:** Access & Review

**Maiden Name and/or Alias (1)** BINDERUP, DAN   **(2)**

**(3)**   **(4)**

### *** HAS A CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK OF THE ABOVE IDENTIFIERS - CRIMINAL RECORD FOR SID NO: <u>270-55-70-2</u> ATTACHED***

THE INFORMATION DISSEMINATED BY THE CENTRAL REPOSITORY IS BASED SOLELY ON THE FOLLOWING IDENTIFIERS THAT MATCH THOSE FURNISHED BY THE REQUESTER:

[Y] **NAME**     [Y] **SOCIAL SECURITY NUMBER**  [N] **MAIDEN / ALIAS NAME**
[Y] **DATE OF BIRTH**  [N] **RACE**    [N] **SEX**

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED.  POSITIVE IDENTIFICATION CANNOT BE MADE WITHOUT FINGERPRINTS.  THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[  ] COMPARISON MADE WITH FINGERPRINTS

[  ] SEE WEBSITE: http://www.casanet.org/program-management/volunteer-manage/criminal-bkg-check.htm

ADDITIONAL INFORMATION MAY BE AVAILABLE FROM QUERIES OF OTHER STATE AND FEDERAL DATABASES.

[  ] PENNSYLVANIA'S MEGAN'S LAW WEBSITE AT: http://pameganslaw.state.pa.us/
QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PATCH HELP LINE TOLL FREE AT 1-888-QUERY-PA (1-888-783-7972)

CERTIFIED BY:

DISSEMINATED BY: 493931
03/19/2020

**Lt. Earl H. Rhoades**
Director, Criminal Records and Identification Division
Pennsylvania State Police

```
SP4-137B
COMPILED: 2020/03/18                                                PAGE: 1 of 2
CJ RAP
```

```
                        PENNSYLVANIA STATE POLICE
                           CENTRAL REPOSITORY
                          1800 ELMERTON AVENUE
                      HARRISBURG, PENNSYLVANIA 17110
                             (717) 787-9092
```

```
=============================================================================
      USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID 270-55-70-2 ***
                     REGULATED BY ACT 47, AS AMENDED.
                     III - SINGLE-SOURCE OFFENDER
=============================================================================
                             IDENTIFICATION
NAME: BINDERUP,DANIEL RICHARD
SID: 270-55-70-2      FBI: 447319FB7      DOB: ███████        SOC: ██████████
SEX: MALE             RAC: WHITE          HAI: BROWN          EYE: GREEN
HGT: 5'07"            WGT: 185
POB:                  US CITIZEN: YES
COUNTRY OF CITIZENSHIP:
=============================================================================
                            CRIMINAL HISTORY
NAME: BINDERUP,DANIEL RICHARD              OTN: L004349-2
ASSOCIATED OTN(s): F125232-2
PHOTO AVAILABLE: NO
ARRESTED: 1997/09/30  PA0360800  MANHEIM TWP                      OCA: 7310
DISPO DATE: 2002/03/01              COMMON PLEAS DOCKET: CP-4127-1997
```

```
                        *** ARREST DATA ***
OFFENSE                                     LIMITED CLEAN
DATE       CHARGE               COUNT  GRADE ACCESS  SLATE
-------    ------               -----  ----- ------  -----
1997/06/01 CC6301A CORRUPTION OF 1           N       N
           MINORS
```

```
                        *** COURT DATA ***
OFFENSE                                     LIMITED CLEAN
DATE       CHARGE               COUNT  GRADE ACCESS  SLATE  DISPOSITION
-------    ------               -----  ----- ------  -----  -----------
1997/06/01 CC6301A CORRUPTION OF 1     M1    N       N      PLEAD GUILTY/
           MINORS                                           COUNTY
                                                            PROBATION/
                                                            003 YRS/
                                                            COSTS/
                                                            RESTITUTION
```

```
FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
=============================================================================
                          ADDITIONAL IDENTIFIERS
AKAs:
DOBs:
SOCs:
MNUs:
=============================================================================
          F=FELONY, M=MISDEMEANOR, S=SUMMARY AND THE NUMERIC=DEGREE
            ARREST(S) SUPPORTED BY FINGERPRINT CARD(S) ON FILE
```

RESPONSE BASED ON COMPARISON OF REQUESTER FURNISHED INFORMATION AND/OR
FINGERPRINTS AGAINST A NAME INDEX AND/OR FINGERPRINTS CONTAINED IN THE FILES OF
THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY, AND DOES NOT PRECLUDE
THE EXISTENCE OF OTHER CRIMINAL RECORDS WHICH MAY BE CONTAINED IN THE
REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

THE PENNSYLVANIA STATE POLICE IS IN THE PROCESS OF SWITCHING FROM SCN CHARGE
CODES TO THE PURDON'S FORMAT. RAP RESPONSES MAY SHOW BOTH SCN AND PURDON'S
FORMATTED CHARGES.

SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 270-55-70-2 ***
COMPILED: 2020/03/18                                             PAGE: 2 of 2

***************************** END OF RAP SHEET *****************************

# Exhibit E

*(Order of June 1, 2009, granting Mr. Binderup State Relief)*

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

DANIEL BINDERUP  :
:
vs.  :
:
RESTORATION OF  :
FIREARM RIGHTS  :

Misc.
Docket No. MD 314-2009
C.P.J. 7 pg. 112

## ORDER

AND NOW, this 1st day of June, 2009, upon hearing with all parties present and

agreement reached between the Commonwealth and Petitioner, the Court hereby ORDERS and

DIRECTS as follows:

    1. The Court determines that Petitioner is eligible for relief under 18 Pa.C.S. § 6105 (d);

    2. The disability imposed under 18 Pa.C.S. § 6105 (b) as a result of a July 15, 1998 conviction for Corruption of Minors is hereby lifted;

    3. Petitioner's firearms right to possess, use, control, sell, transfer or manufacture under the laws of the Commonwealth of Pennsylvania is hereby granted; and

    4. This relief does not exempt Petitioner from any federal statutes or restrictions.

I certify this document to be filed
in the Lancaster County Office of
the Clerk of the Courts.

Ryan P. Aument
Clerk of the Courts

BY THE COURT:

HOWARD F. KNISELY
JUDGE

to:
Karl E. Rominger, Esq., 155 South Hanover St., Carlisle, PA 17013
Pennsylvania State Police Commission, 800 Bretz Dr., Harrisburg, PA 17112
Brian Chudzik, Assistant District Attorney

# Exhibit F
*(PSP Letter of March 23, 2018, denying Mr. Binderup's LTCF)*

**PENNSYLVANIA STATE POLICE**
DEPARTMENT HEADQUARTERS
1800 ELMERTON AVENUE
HARRISBURG, PENNSYLVANIA 17110

March 23, 2018

File Number: 18C0020245

DANIEL R BINDERUP

Dear: DANIEL R BINDERUP

This letter is in response to your Pennsylvania Instant Check System (PICS) Challenge, Form SP 4-197, which was received by this office on 03/23/2018.

Please be advised that at this time your denial for a license to carry a firearm is confirmed. Attached is information that identifies the reason(s) for this denial. This information is confidential and will be used only with regard to this challenge.

Please be advised that the basis for your denial can be found under the Pennsylvania Uniform Firearms Act, 18 Pa C.S. § 6109.

Your 2002 conviction for CORRUPTION OF MINORS is prohibiting. This offense is outlined in 18 Pa C.S. § 6109(e) as prohibiting for a license to carry.

The Pennsylvania State Police will consider any information you may have regarding the incident(s) on the attached sheet. Please mail your response along with any supporting documentation within 30 days of the date of this letter. Information that may be helpful would include police reports, medical records, court documents, military records, or correspondence containing your signature along with an explanation pertaining to the circumstances and/or outcome of the incident(s). Include your file number, name and date of birth. Upon receipt of your documentation, the Pennsylvania State Police will review that information and will notify you in writing of our decision within 60 days of the receipt of your challenge.

Mail all responses to the Pennsylvania State Police at the address listed above, Attn: Firearms Division – PICS Challenge Section. Should the attached information NOT pertain to you, please call the number listed below.

**Questions about the PICS Challenge Process may be directed to the following PICS Legal Assistant: RONALD WILKINS at (717)705-4542 or (717) 705-4541/(717) 214-8289 or by writing to the above address ATTN: RONALD WILKINS PICS Challenge Section.**

An Internationally Accredited law Enforcement Agency

# PENNSYLVANIA STATE POLICE
### DEPARTMENT HEADQUARTERS
### 1800 ELMERTON AVENUE
### HARRISBURG, PENNSYLVANIA  17110

Sincerely,

LT.

Lieutenant Mark J. Shaver
Director, Firearms Division

An Internationally Accredited law Enforcement Agency

March 23, 2018

File Number: 18C0020245

## Possible Reasons for Denial/Undetermined

Name: BINDERUP,  DANIEL  R
Date of Arrest: 09/30/1997
Arresting Agency: MANHEIM  TWP  PD
Location: PA
Docket/ OTN/ Tracking #: L0043492
Charges: CORRUPTION  OF  MINORS

# Exhibit G
*(Mr. Miller's PSP Background Check)*

# PENNSYLVANIA STATE POLICE

1800 Elmerton Avenue
Harrisburg, PA 17110

Control #
**M22399827**

## REQUEST FOR CRIMINAL RECORD CHECK

**ACCESS AND REVIEW**

**JOSHUA G PRINCE, ESQ**
**646 LENAPE ROAD**
**BECHTELSVILLE PA 19505**

**TELEPHONE: (000) 000-0000**

**TO WHOM IT MAY CONCERN:**

**THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:**

**Name:** MILLER,DANIEL F
**Date of Birth:** ▮▮▮▮
**Social Security #:** ▮▮▮▮
**Sex:** M
**Race:** Unknown
**Date of Request:** 9/23/2019 12:00:00 AM
**Purpose of Request:** Access & Review

**Maiden Name and/or Alias (1)**          **(2)**

                        **(3)**          **(4)**

**\*\*\* HAS A CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK OF THE ABOVE
IDENTIFIERS - CRIMINAL RECORD FOR SID NO: 275-40-23-6 ATTACHED\*\*\***

THE INFORMATION DISSEMINATED BY THE CENTRAL REPOSITORY IS BASED SOLELY ON THE FOLLOWING
IDENTIFIERS THAT MATCH THOSE FURNISHED BY THE REQUESTER:

[Y] **NAME**          [Y] **SOCIAL SECURITY NUMBER**  [N] **MAIDEN / ALIAS NAME**
[Y] **DATE OF BIRTH**  [N] **RACE**      [N] **SEX**

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST
INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY
ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION CANNOT BE MADE
WITHOUT FINGERPRINTS. THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE
EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER
LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[ ] COMPARISON MADE WITH FINGERPRINTS

[ ] SEE WEBSITE: http://www.casanet.org/program-management/volunteer-manage/criminal-bkg-check.htm

ADDITIONAL INFORMATION MAY BE AVAILABLE FROM QUERIES OF OTHER STATE AND FEDERAL DATABASES.

[ ] PENNSYLVANIA'S MEGAN'S LAW WEBSITE AT: http://pameganslaw.state.pa.us/
QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PATCH HELP LINE TOLL
FREE AT 1-888-QUERY-PA (1-888-783-7972)

CERTIFIED BY:

*[signature]*

DISSEMINATED BY: 493931
01/15/2020

**Lt. Earl H. Rhoades**
Director, Criminal Records and Identification Division
Pennsylvania State Police

```
SP4-137B
COMPILED: 2020/01/02                                              PAGE: 1 of 2
CJ RAP
```

PENNSYLVANIA STATE POLICE
CENTRAL REPOSITORY
1800 ELMERTON AVENUE
HARRISBURG, PENNSYLVANIA 17110
(717) 787-9092

===================================================================

USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID 275-40-23-6 ***
REGULATED BY ACT 47, AS AMENDED.
III - MULTI-SOURCE OFFENDER

===================================================================

### IDENTIFICATION

NAME: MILLER,DANIEL F
SID: 275-40-23-6    FBI: 4743FB3       DOB: ███████████       SOC: ██████████
SEX: MALE           RAC: WHITE         HAI: BLONDE OR STRAWBERRY EYE: HAZEL
HGT: 5'11"          WGT: 185
POB:                US CITIZEN: YES
COUNTRY OF CITIZENSHIP:

===================================================================

### CRIMINAL HISTORY

NAME: MILLER,DANIEL F                   OTN: F230992-6
PHOTO AVAILABLE: NO
ARRESTED: 1998/07/07  PA0090900  MIDDLETOWN TWP                OCA: CA15920
DISPO DATE: 1998/10/15              COMMON PLEAS DOCKET: CP-4137-1998

#### *** ARREST DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | LIMITED ACCESS | CLEAN SLATE |
|---|---|---|---|---|---|
| 1998/05/18 | CC4904 UNSWORN FALSIFICATION TO AUTH | 1 | | N | N |
| 1998/05/18 | VC7122-3 ALTERED/FRG/CTFT DOC AND PLATES | 1 | | N | N |

#### *** COURT DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | LIMITED ACCESS | CLEAN SLATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1998/05/18 | CC4904A2 UNSWORN FALSIFICATION TO AUTH | 1 | M2 | N | N | PLEAD GUILTY/ COUNTY PROBATION/ 001 YRS/ COSTS |
| 1998/05/18 | VC7122-3 ALTERED/FRG/CTFT DOC AND PLATES | 1 | M1 | N | N | PLEAD GUILTY/ COUNTY PROBATION/ 001 YRS/ COSTS |

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD

===================================================================

### ADDITIONAL IDENTIFIERS

```
AKAs:
DOBs:
SOCs:
MNUs:
```

===================================================================

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 275-40-23-6 ***
COMPILED: 2020/01/02                                    PAGE: 2 of 2

            F=FELONY, M=MISDEMEANOR, S=SUMMARY AND THE NUMERIC=DEGREE
               ARREST(S) SUPPORTED BY FINGERPRINT CARD(S) ON FILE

RESPONSE BASED ON COMPARISON OF REQUESTER FURNISHED INFORMATION AND/OR
FINGERPRINTS AGAINST A NAME INDEX AND/OR FINGERPRINTS CONTAINED IN THE FILES OF
THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY, AND DOES NOT PRECLUDE
THE EXISTENCE OF OTHER CRIMINAL RECORDS WHICH MAY BE CONTAINED IN THE
REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

THE PENNSYLVANIA STATE POLICE IS IN THE PROCESS OF SWITCHING FROM SCN CHARGE
CODES TO THE PURDON'S FORMAT. RAP RESPONSES MAY SHOW BOTH SCN AND PURDON'S
FORMATTED CHARGES.

  **************************** END OF RAP SHEET ****************************
```

# **Exhibit H**
(*PSP letter of June 24, 2019, denying Mr. Miller's LTCF*)



**PENNSYLVANIA STATE POLICE**
DEPARTMENT HEADQUARTERS
1800 ELMERTON AVENUE
HARRISBURG, PENNSYLVANIA 17110

June 24, 2019

File Number: 19C0024942

DANIEL F MILLER

Dear: DANIEL F MILLER

This letter is in response to your Pennsylvania Instant Check System (PICS) Challenge, Form SP 4-197, which was received by this office on 05/01/2019.

Please be advised that we have reviewed all records and documentation regarding your PICS denial and challenge for the license to carry a firearm, and the decision to deny your challenge has been upheld. This information is confidential and to be used only if you decide to continue with the challenge process.

Please be advised that the basis for your denial can be found under the Pennsylvania Uniform Firearms Act, 18 Pa C.S. § 6109.

Your 1998 conviction for Altered, Forged or Counterfeit Documents & Plates is prohibiting. This offense is outlined in 18 Pa C.S. § 6109(e) as prohibiting for a license to carry.

**Questions about the PICS Challenge Process may be directed to the following PICS Legal Assistant: JESSICA LAUSCH at (717)705-4546 or (717) 705-4541/(717) 214-8289 or by writing to the above address ATTN: JESSICA LAUSCH PICS Challenge Section.**

You may appeal this decision to the Office of Attorney General, Regulatory Compliance & Intelligence Section, at 610-631-6592 in accordance with the provisions of the Uniform Firearms Act within 30 days of the date of this letter.

Sincerely,

Lieutenant Bryan R. Paulshock
Director, Firearms Division