IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO SUAREZ,** : | CIVIL ACTION NO. 1:21-CV-710 |
| **DANIEL R. BINDERUP,** : | |
| **DANIEL F. MILLER,** : | (Judge Conner) |
| **FIREARMS POLICY COALITION,** : | |
| **INC., and SECOND AMENDMENT** : | |
| **FOUNDATION,** : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| **Col. CHRISTOPHER PARIS,** : | |
| **Commissioner of Pennsylvania** : | |
| **State Police,** : | |
| : | |
| Defendant : | |

# ORDER

AND NOW, this 8th day of August, 2024, it appearing that plaintiffs Julio Suarez, Daniel R. Binderup, Daniel F. Miller, Firearms Policy Coalition, Inc., and Second Amendment Foundation have filed an amended complaint, (see Doc. 72), in accordance with the court's memorandum and order (Docs. 61, 62) dated July 24, 2024, granting leave to do so, and consistent with the reasoning and conclusions set forth within that memorandum, it is hereby ORDERED that:

1. Plaintiffs' challenge to Section 6108 of Pennsylvania's Uniform Firearms Act of 1995 is SEVERED and shall be TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1631.

2. The Clerk of Court shall thereafter CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania