### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC.** *and* **SECOND AMENDMENT FOUNDATION,** | No. 1:21-CV-0710 |
| **Plaintiffs** | Judge Conner |
| v. | **Electronically Filed Document** *Complaint Filed 04/16/21* |
| **ROBERT EVANCHICK,** | |
| **Defendant** | |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Defendant's *Motion to Stay Pending Appeal*, it is hereby ORDERED that the Motion is GRANTED.

The portion of this Court's July 24, 2024 Order declaring the vehicle provision of 18 Pa.C.S. §6106 and enjoining Defendant from enforcing the provision (Doc. 62 ¶ 3) is hereby STAYED pending resolution of Defendant's appeal in the United States Court of Appeals for the Third Circuit.

 

 

**Honorable Christopher C. Conner**
**United States District Judge**