# EXHIBIT 4

## **AFFIDAVIT OF GEORGE KIKUCHI**

I, George Kikuchi, hereby declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that the following facts are true and correct based upon my personal knowledge or from my review of records routinely maintained during the operation of the Philadelphia Police Department:

1. I am a Law Enforcement Analyst Manager for the Philadelphia Police Department (Department).

2. In my position as Law Enforcement Analyst Manager, I have access to data regarding firearm recoveries and arrests in Philadelphia, as well as Philadelphia homicide rates.

### **Firearms concerns in Philadelphia (Public Interest)**

3. Over the last five years (2019-2023), the Philadelphia Police Department has received 7,068 reports of stolen firearms.

4. Of those 7,068 reported thefts, 2,509 were thefts of firearms from vehicles or thefts of a vehicle with a firearm inside of it, a 35% share of the total.

5. Moreover, these thefts are rising rapidly, more than doubling from 297 in 2019 to 789 in 2023.

## Section 6106 statistics

6. Over the last five years (2019-2023), the Philadelphia Police Department made 20,069 arrests in which violation of UFA 6106 was one of the charges.

7. Only 19, or less than 1%, of those 20,069 arrests were for violations of UFA 6106 as a standalone offense; the remainder of the arrests were for violations of UFA 6106 in conjunction with additional charges.

_____
George Kikuchi
Law Enforcement Analyst Manager
Philadelphia Police Department

Executed on_____8/16/2024_____